No. 476.  DAVIS ET AL., EXECUTORS *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 9th Cir.  Certiorari denied.  *Arthur A. Armstrong* for petitioners.  *Acting Solicitor General Spritzer* and *Assistant Attorney General Rogovin* for respondent.

No. 484.  CARBONE ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.  *Albert J. Krieger* and *Robert Kasanof* for petitioners.  *Acting Solicitor General Spritzer, Assistant Attorney General Vinson* and *Philip R. Monahan* for the United States.

No. 406, Misc.  HARRIS *v.* KENTUCKY.  Ct. App. Ky. Certiorari denied.

No. 487.  AMERICANA CORP. *v.* HABER ET AL.  C. A. 9th Cir.  Certiorari denied.  *Henry E. Kappler* for petitioner. *Howard I. Friedman* for respondents.

No. 80, Misc.  THOMAS *v.* PATE, WARDEN.  C. A. 7th Cir.  Certiorari denied.  *William G. Clark,* Attorney General of Illinois, and *John J. O'Toole* and *Donald J. Veverka,* Assistant Attorneys General, for respondent.

No. 273, Misc.  CHATTERTON *v.* DUTTON, WARDEN. Sup. Ct. Ga.  Certiorari denied.  *David L. Lomenick* for petitioner.  *Arthur K. Bolton,* Attorney General of Georgia, *G. Ernest Tidwell,* Executive Assistant Attorney General, and *Marion O. Gordon,* Assistant Attorney General, for respondent.